UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHANE ALBERT RICHARDS,

                Petitioner,

                -against-

UNITED STATES OF AMERICA

                Respondent.
------------------------------------------------------------x

11 CV 1341 (HB)
09 CR 562 (HB)
**OPINION & ORDER**

**Hon. HAROLD BAER, JR., District Judge:**

    WHEREAS, on January 9, I denied Pro Se Petitioner Shane Albert Richards' motion for reconsideration of my opinion and order denying Petitioner's habeas petition, therefore it is hereby

    ORDERED, that as the motion for reconsideration makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253.

**SO ORDERED.**

New York, New York
June 5, 2012

                                        **HAROLD BAER, JR.**
                                        **United States District Judge**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/12